# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Schultz, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Realty Group, LLC, a Minnesota company,<br><br>Defendant. | Civ. No. 21-2194 (JWB/ECW)<br><br><br><br>**ORDER FOR DISMISSAL** |

Plaintiff Kelly Schultz and Defendant Realty Group, LLC, have filed a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. No. 61.) Based on that Stipulation, this matter is **DISMISSED WITH PREJUDICE** on the merits, without further costs or disbursements to any party, and judgment will be entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 14, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Court Judge