## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Kelly Schultz | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-02194-JWB-ECW |
| Realty Group LLC | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED WITH PREJUDICE** on the merits, without further costs or disbursements to any party, and judgment will be entered.

Date: 3/15/2023                                                              KATE M. FOGARTY, CLERK